In the Matter of the Claim of ERNEST FALK, Respondent, against MIDLAND DAIRY CO., INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Argued March 4, 1937; decided March 23, 1937.

*Harold V. Angevine* and *James A. Hughes* for appellants.

*Joseph P. Walsh* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.